OPINION — AG — ** SCHOOL — SICK LEAVE ** A TEACHER, WHO PRIOR TO THE COMMENCEMENT OF THE SCHOOL YEAR, HAS ACCUMULATED SIXTY (60) DAYS OF SICK LEAVE EARNS AND MAY UTILIZE AN ADDITIONAL TEN (10) DAYS OF SICK LEAVE WHEN THE NEW SCHOOL YEAR BEGINS. HOWEVER, ALL SICK LEAVE IN EXCESS OF SIXTY (60) DAYS, WHICH IS UNUSED AT THE END OF THE SCHOOL YEAR, IS 'LOST'. (AGREEMENT, PREGNANCY LEAVE, ILLNESS, TEACHER, BENEFITS, POLICY) CITE: 70 O.S. 6-104 [70-6-104], OPINION NO. 80-179 (JOHN F. PERCIVAL)